# FORM A

Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER UNDER 42 U.S.C. § 1983 or UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

FILED
JAMES J. VILT, JR. - CLERK
AUG 18 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

Aaron Reyndds

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 5:23-cv-112-JHM
(To be supplied by the clerk)

Joyce L. Puckett
Tracy Bird
Karen Ramey
Daniel Akers

(Full name of the Defendant(s) in this action)

(✓) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Aaron Reynolds

Place of Confinement: KSP

Address: 266 Water St. Eddyville, Ky 42038

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: ____________________

Place of Confinement: ____________________

Address: ______________________________

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: ______________________________

Place of Confinement: ______________________________

Address: ______________________________

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Joyce L. Puckett is employed as Nurse at Lee Adjustment Center.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant Tracy Bird is employed as Nurse at Lee Adjustment Center.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(3) Defendant Karen Ramey is employed as Provider at KSP.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(4) Defendant Daniel Akers is employed as Warden at Lee Adjustment Center.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(5) Defendant ______________________________________ is employed

as ______________________ at ______________________________.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (___) NO (___)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): ______________________

______________________

Defendant(s): ______________________

______________________

Court (if federal court, name the district. If state court, name the county):

__________________________________________________

Docket number: ______________________________________

Name of judge to whom the case was assigned: ______________________

Type of case (for example, habeas corpus or civil rights action): ____________

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

__________________________________________________

Approximate date of filing lawsuit: ____________________________

Approximate date of disposition: ______________________________

## III. STATEMENT OF CLAIM(S)

**State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.**

In the month of November 2022, I was incarcerated at LAC (a Core Civic Facility) when on two seperate occasions I found a small, clear, square patch attached to my backarm/lower back. I had believed these stickers were coming off of new shirts. There was also talk of something being put in my food items... (Possibly a pill form of medication) On December 5 2022 I was transffered to KSP where later I began to notice that my sweat smelled different; my chest had taken on a new shape; and I had began to lose pubic hair. With further examination I realized I had an undisirable amount of tissue growth in my chest area. Later, I found out that these patches/pills were essential to the transgendering process and were being placed on me/given to me with ill intent(unknowingly). To date, I have never identified as anything other than a heterosexual male. I have no reason/wish to become homosexual/Transgender. Ive never applied for any such medication, or took such medicine willingly to acheive these undisirable results. Ive never went through the process of being prescribed such medications through a Well Path Provider during any time throughout my incarceration; Nor does any medication Im prescribed acheive these type of defects. There is absolutely no reason that I should

**III. STATEMENT OF CLAIM(S) continued**

be having or going through such a crisis inside these secure facilities. Several times I attempted to seek treatment through the Well Path Provider(WSP) to no avail. I went on to file Grievances and write to KYDOC Health Department, and still never recieved any treatment or any medical attention on the matter. As the tissue growth has seemed to stabilize I'm left with these physical/mental ailments. I hold Well Path responsible for distributing such a medication (that has the ability to physically change the male physique, as well as alter chromasomes within the make up of men) to an inmate populace knowing that such a situation (as mine) could/would happen in due time in this setting. I feel that, by this company knowing this and still deciding to distribute this medication to a prison populace it proves their indifference toward the health of heterosexual men within these facilites. The fact that this situation has changed my body (physically), my thinking (mentally), and my genetic make up (scientifically) all for the worst and requires surgeries, medications, and therapy to recover. I feel as though Well Path has violated my VIII Amendmant and this situation, along with the refusal of medical acknowledgement/treatment while incarcerated in said facilities proves that I've been subjected to Cruel and Unusual Punishment.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__✓__ award money damages in the amount of $ __250,000.00__

_____ grant injunctive relief by ____________________

_____ award punitive damages in the amount of $ ____________________

_____ other: ____________________

## V. DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __15__ day of __August__, 20__23__

[signature]
(Signature of Plaintiff)

____________________
(Signature of additional Plaintiff)

____________________
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on ____________________.

____________________
(Signature)

Aaron Reynolds #276516
KSP
266 Water St.
Eddyville, Ky 42038

5:23-cv-112-JHM

FILED
JAMES J. VILT, JR. - CLERK
AUG 18 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk
501 B
Paduc




s Office
roadway Suite 127
ah, Ky 42001